UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AWILDA CINTRON VAZQUEZ,

    Plaintiff(s),

UNIVISION OF PUERTO RICO, INC.,

    Defendant(s).

Civil No. 11-1302 (DRD)

## JUDGMENT

Based upon the plaintiff's *Motion Requesting Dismissal with Prejudice*, Docket No. 29, and the *Order* entered on September 6, 2012, Docket No. 30, this case is now dismissed with prejudice, without the imposition of costs and attorneys fees.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 6th day of September, 2012.

                                                                s/Daniel R. Domínguez
                                                                 DANIEL R. DOMINGUEZ
                                                                  U.S. DISTRICT JUDGE